■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a (LESLIE LYNNE BLOCK). [668 NYS2d 90] —Motion granted, the order of this Court entered on April 24, 1997 (M-7223.149) vacated, and respondent reinstated as an attorney

and counselor-at-law in the State of New York, *nunc pro tunc* to May 27, 1997. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. *[See,* 230 AD2d 366, 379.]